## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                              CASE NO.: 20-31108-bjh13
                                                                CHAPTER 13
Philip Don Lovell,
and
Rhonda L Lovell,

   Debtors.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Andrea Betts
    Andrea Betts, Esquire
    Email: abetts@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 15, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Philip Don Lovell
Rhonda L Lovell
1623 S HWY 205
Rockwall, TX 75032

And via electronic mail to:

Marcus B. Leinart
Leinart Law Firm
11520 N. Central Expressway
Suite 212
Dallas, TX 75243

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Thomas Powers
105 Decker Court
Ste 1150
Irving, TX 75062

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Andrea Betts
Andrea Betts, Esquire
Email: abetts@rascrane.com