**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:  
PHILIP DON & RHONDA L LOVELL  
        DEBTORS

CASE NO: 20-31108-BJH-13

**REPORT OF (ADJOURNED) SECTION 341 MEETING**

**General Case Information**

| Case Information: | Hearing Information: | | Payment Information: | |
|---|---|---|---|---|
| | 341 Meeting Date: | May 21, 2020 | Plan Base Amount: | $100,500.00 |
| | Days from Petition: | 46 days | Plan Term: | 60 months |
| | Original 341 scheduled: | May 21, 2020 | Current Monthly Payment: | $1,675.00 |
| | Confirmation Hearing set: | Jun 18, 2020 | First Payment Due: | May 06, 2020 |
| | No Show/ID NOI Sent: | 04/12/1900 | Amount Paid to Trustee: | $1,675.00 |
| | NOI for 1st Pymt Sent: | | | |

**Meeting Information:**

Debtor(s) Appeared?  Dr 1 [x] Yes  [ ] No    Dr 2 [x] Yes  [ ] No  
ID Checked:  [x] Dr 1  [x] Dr 2  
SSN Checked:  [x] Dr 1  [x] Dr 2  

Debtor(s) Attorney / Paralegal Appeared?  [x]  
Pro Se  [ ]  
Creditor Appeared?  [ ] Yes  [x] No

**Hearing Status:**

341 Meeting Concluded:  [x] Yes  [ ] No  
Debtor was asked the standard questions:  [x] Yes  [ ] No  

[x] Yes  [ ] No  Debtor confirmed that all the information contained on the Petition, Schedules, Statement of Finanacial Affairs, and CMI form was true and correct and needed no changes or additions to make them true and complete.

**Presiding Officer Notes:**

**Notice of Intent to Dismiss Information:**

[ ] Failure to Appear:  [ ] Dr 1  [ ] Dr 2    [ ] Photo ID:  [ ] Dr 1  [ ] Dr 2  
[ ] Wage Directive Info:  [ ] Dr 1  [ ] Dr 2    [ ] SSN Card:  [ ] Dr 1  [ ] Dr 2  
[ ] Tax Returns:  [ ] Dr 1  [ ] Dr 2    [ ] Paystubs:  [ ] Dr 1  [ ] Dr 2  
[ ] Other:

**Legal Action Needed:**

[ ] Trustee's Motion to Transfer Venue Needed:  
[ ] Serial Filer:  
[ ] Other:

**Confirmation Issues**

**Best Interest:**

Exemptions:  [ ] Federal  [x] State - Texas  [ ] State - Other:  
Exceeds $170,350.00  [ ] Yes  [x] No  [ ] n/a  
Value (equity) of non-exempt property (provide detail below): $2,806.15  
firearms $1,800.00, bank $1,006.15.  
Total Value of Assets listed as Exempt on Schedule C:  $121,760.55  
Improper Exemption:  [ ] Yes  [x] No  Explain:  
Fraudulent Transfer:  [ ] Yes  [x] No  Explain:

**REPORT OF (ADJOURNED) SECTION 341 MEETING, Page 2**
**Case # 20-31108-BJH-13**
**PHILIP DON & RHONDA L LOVELL**

| | |
|---|---|
| | **Presiding Officer Notes:** |
| Feasibility: | [x] Yes  [ ] No |
| | **Presiding Officer Notes:** |
| Disposable Income: | **Below Median Income**<br>Debtor's Projected Monthly Disposable Income: $1,775.00  x  ACP: 36 = $63,900.00 |
| | **Presiding Officer Notes:** |
| Good Faith: | [x] Yes  [ ] No |
| | **Presiding Officer Notes:** |
| (Petition & Plan Issues:) | [ ] Insufficient Plan. |
| | **Presiding Officer Notes:** |
| Domestic Support Obligation (DSO:) | Is Debtor current on Post Petition DSO?  [ ] Yes  [ ] No  [x] N/A |
| | **Presiding Officer Notes:** |
| Tax Returns: | Filed previous 4 years [x] Yes  [ ] No<br>Affidavit needed  [ ] Yes  [x] No    |  Affidavit rcvd  [ ] Yes  [ ] No<br>Number of Exemptions on last year: 2          Notes: 2018<br>Number in Household per CMI: 2                  Notes: |
| | **Presiding Officer Notes:** |
| Business Case: | Is this a Business Case?  [ ] Yes  [x] No      Level: |
| | **Presiding Officer Notes:** |
| Civil Enforcement: | [ ] Petition Preparer was involved    [ ] Debtor attorney fees exceed "Standard fee" |
| | **Presiding Officer Notes:** |

**REPORT OF (ADJOURNED) SECTION 341 MEETING, Page 3**
**Case # 20-31108-BJH-13**
**PHILIP DON & RHONDA L LOVELL**

| 521(a)(1) Information has been filed: | [x] List of Creditors<br>[x] CMI Statement<br>[x] Schedules A,B,C,D,E,F,G and H<br>[x] Schedules I and J | [x] Statement of Financial Affairs<br>[ ] 342(b) Certificate by Dr Atty<br>[ ] Dr 1 60 Days Payment Advices<br>[ ] Dr 2 60 Days Payment Advices | |
|---|---|---|---|
| Eligibility: | Certificate of Credit Counseling within 180 days on file<br>Provider of Credit Counseling is approved<br>Debt limits exceed maximum (S-$1,184,200 U-$394,725) | [ ] Yes [ ] No<br>[ ] Yes [ ] No<br>[ ] Yes [x] No | |
| Required for Confirmation: | [ ] Other reason(s) for Objection to Confirmation: | | |
| | [ ] Additional document(s) required for Confirmation: | | |
| Presiding Officer Information: | The 341 meeting was heard on: 5/21/2020 | By: /s/ David Rainey<br>Office of the Standing Chapter 13 Trustee | |