

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 10, 2021**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                          CASE NO: 20-31108-MVL-13
PHILIP DON & RHONDA L LOVELL
                DEBTORS

---

### Order on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

---

At Dallas in said District:

On this day came on for hearing the Trustee's Recommendation Concerning Claims, Objections to Claims and Plan Modification (if required) (hereinafter referred to as "TRCC") dated 11/13/20, and any responses filed thereto.

After considering the pleadings, the evidence and stipulations, if any, and the argument of counsel, the Court finds that the following order should be entered:

IT IS THEREFORE ORDERED that all claims listed in Section I of the TRCC (No Proof of Claim Filed) are hereby **DISALLOWED** except for the following, if any, which are **ALLOWED**:

No Changes

Order on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required), Page 2
Case # 20-31108-MVL-13
PHILIP DON & RHONDA L LOVELL

**IT IS FURTHER ORDERED** that all claims shown in Section II of the TRCC (Specific Objections) are hereby **ALLOWED** or **DISALLOWED** as shown therein except as follows:
No Changes

**IT IS FURTHER ORDERED** that all claims shown in Section III of the TRCC (Recommendations) are hereby **ALLOWED** as shown therein except as follows:

| CreditorName | CollateralDescription | Claimed Amount | CollateralValue | Int. Rate | Treatment |
|---|---|---|---|---|---|
| Leinart Law Firm<br>Post Conf Atty Fee | Attorney Fees | $400.00 | N/A | N/A | Pro Rata |

**IT IS FURTHER ORDERED** that the Plan Modification shown in Section IV of the TRCC is **APPROVED** except as follows:

Payments changed to: The total amount due under the plan as of 02/06/21 is $17,644.00

The total amount paid: $12,544.24;

Plan payment changed to cure delinquency of $5,099.76;

Payments to resume 03/06/21;

$1,824.00 x 3; $2,125.00 x 47

New Plan Base is $117,891.24

Approved by:

/s/ Tom Powers

/s/ Richard Anderson

### End of Order ###

Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX 75062
(214) 855-9200