OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                                          CASE NO:  20-31108-MVL-13

PHILIP DON & RHONDA L LOVELL                                       JUDGE MICHELLE V. LARSON

　　　　　DEBTORS

**NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND**
**CHANGE TO DEBTORS' PLAN BASE AND PAYMENT TO THE TRUSTEE**

TO THE DEBTOR AND DEBTORS' ATTORNEY:

The Trustee's office has received a Notice of Mortgage Payment Change dated March 19 , 2021.  The mortgage payment for Trustee's claim # 42 - NATIONSTAR MORTGAGE LLC , Court Claim No. 2 has been changed to $1,227.97 per month. These payments will begin May 01, 2021.

Debtors' plan base and payments are adjusted as follows:

The adjusted plan base is $121,531.24;  and

The adjusted plan payments are $2,187.00 per month for the remaining 49 months ,

beginning on April 06, 2021.

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

Case No: 20-31108-MVL-13
**Debtor Name: PHILIP DON & RHONDA L LOVELL**
**NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND**
**CHANGE TO DEBTORS' PLAN BASE AND PAYMENT TO THE TRUSTEE**, Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND CHANGE TO DEBTORS' PLAN BASE AND PAYMENT TO THE TRUSTEE has been served on the Debtors and Debtors' Counsel by United States First Class Mail or by electronic service .

Debtors:  PHILIP DON & RHONDA L LOVELL, 1623 S HWY 205, ROCKWALL, TX  75032
Attorney:  LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX  75231**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

/s/ Thomas D. Powers
_____
Thomas D. Powers