Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                         CASE NO:  20-31108-MVL-13
PHILIP DON & RHONDA L LOVELL
        DEBTORS

### NOTICE OF CONTINUED HEARING ON TRUSTEE'S 17 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL

A hearing has previously been scheduled in the above referenced matter. At the pre-hearing conference, all parties present agreed to the continuance of the hearing. Notice is hereby given that the hearing will be continued to the following date:

**September 02, 2021**

due to the following reason:

Per Agreement of the Parties.

A Pre-Hearing Conference will be held on 09/02/2021. Due to the Covid pandemic Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney no later than 4:00 p.m. on 09/01/2021. Any objections not resolved or defaulted at the pre-hearing conference will be heard by the Court by Webex Video Conference between 2:00 pm and 5:00 p.m. at https://us-courts.webex.com/meet/larson. All parties present at the previous hearing were notified of the foregoing date and times. No further notice is necessary.

You may access Webex Hearing Instructions at

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

                                                                    Respectfully submitted,

Attorney for Debtors:                                        /s/ Thomas D. Powers
LEINART LAW FIRM                                    Thomas D. Powers
                                                                   State Bar No. 16218700
                                                                   105 Decker Ct
                                                                   Suite 1150 11th Floor
                                                                   Irving, TX  75062
                                                                   (214) 855-9200